UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x
ABDULLAH KHALIQ, GREGORY PERRY,         :
WALTER GRIGGS, TODD FLETCHER,           :
                                        :
       Plaintiffs,                      :
                                        :    Civ. No. 03-775 (DRD)
                                        :
       v.                               :
                                        :
DEVON BROWN, Individually, and as Commissioner  :    ORDER
of the New Jersey Department of Corrections,    :
JAMES MCGREEVEY, et als.,               :
                                        :
       Defendants                       :
                                        :
----------------------------------------------------------------x

This matter having been opened to the Court by motion of defendant, David Flynt, for summary judgment on *pro se* Plaintiffs', Abdullah Khaliq ("Khaliq") and Gregory Perry ("Perry") claims against him, and notice having been given to all parties, in consideration of the submissions of counsel and for the reasons set forth in the Court's opinion of even date,

Therefore, IT IS, on this 20th day of May 2005, ORDERED as follows:

1. Said defendant's motion for summary judgment on Plaintiff Khaliq's claims against him is granted and those claims are dismissed with prejudice.

2. Said defendant's motion for summary judgment on Plaintiff Perry's claims against him is granted and those claims are dismissed with prejudice.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise U.S.S.D.J.